IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES NEUREUTHER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 13–cv–1327–SCW–DGW |
| ) | |
| **ATLAS COPCO COMPRESSORS LLC et al.,** ) | Trial Date: May 11, 2015 |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## **SCHEDULING & DISCOVERY ORDER**

**WILLIAMS, Magistrate Judge:**

Having reviewed the Joint Report of the Parties and finding that the parties have complied with the requirements of FED. R. CIR. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves, with modification, and enters the attached Proposed Scheduling and Discovery Order.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under FED. R. CIV. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to FED. R. CIV. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all discovery, the deadline for filing dispositive motions, or the date of any court appearance.

A Status Conference is set before Magistrate Judge Williams on **May 16, 2014** at **10:00 am** via telephone. To place the conference call: Call toll free **888-684-8852**; when prompted enter Access Code **6049846**; then when prompted enter Security Code **9467**

The case is set for a firm trial date of **May 11, 2015** in the Federal Courthouse, East St. Louis, Illinois in front of Magistrate Judge Stephen C. Williams.

**IT IS SO ORDERED.**

DATE: <u>March 17, 2014</u>         /s/    *Stephen C. Williams*
                                    **STEPHEN C. WILLIAMS**
                                    United States Magistrate Judge