IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.   13-CV-1327-SCW-DGW |
| ) | CJRA TRACK:   C |
| vs. ) | |
| ) | TRIAL DATE: July 13, 2015 |
| ATLAS COPCO COMPRESSORS, LLC, et ) | |
| al., ) | JUDGE: Hon. Stephen C. Williams |
| ) | |
| Defendants. ) | |

# **JOINT REPORT OF THE PARTIES**

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on Order of the Court. Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the following Scheduling and Discovery Order as modified at the Pretrial Scheduling and Discovery Conference:

1. Parties shall disclose Fed. R. Civ. P. 26(a)(1)(A) Initial Disclosures by **March 27, 2014**.

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by **April 8, 2014**.

3. Plaintiff shall provide HIPPA compliant authorizations for release of medical records including pathology and radiology materials; authorizations for social security earnings and disability records; and authorizations for employment, union, military, and workers compensation records; trust claim authorizations; and medical records in his possession, including pathology, x-rays, and radiology by **April 8, 2014**.

4. Plaintiff's deposition shall be taken by **June 2, 2014**.

5. Defendant's deposition shall be taken by **July 7, 2014.**

6. Plaintiff to provide to defense counsel liaison, with notice of compliance to all defense counsel: 1) all pathology materials; and, 2) x-rays, CT scans, and all radiology scans in the possession of Plaintiff, Plaintiff's counsel, and his experts by **July 9, 2014.**

7. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by **July 21, 2014** (which date shall be no later than **90 days** following the Scheduling and Discovery conference).

8. Upon request of the Defendants, Plaintiff shall submit to an independent medical examination by **September 1, 2014.**

9. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s):      **August 1, 2014**.
   Defendant's expert(s):   **October 1, 2014**.
   Third Party expert(s):    **November 3, 2014**.

10. Depositions of expert witnesses must be taken by:
    Plaintiff's expert(s):      **September 1, 2014.**
    Defendant's expert(s):   **December 15, 2014**.
    Third Party expert(s):    **January 9, 2015**.

11. **Discovery** shall be completed by **January 30, 2015,** (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

12. All **dispositive motions** shall be filed by **February 13, 2015,** (which date

shall be no later than **100 days** before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

**IT IS SO ORDERED.**

DATED: _____

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge