IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:13-cv-01327-SCW-DGW |
| ) | |
| ATLAS COPCO COMPRESSORS, ) | |
| L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

**TAKE NOTICE** that the mailing address of The Cagle Law Firm, LLC, Zane T. Cagle, and has changed. Effective May 5, 2014 the new mailing address will be:

>Zane T. Cagle
>The Cagle Law Firm, LLC
>500 North Broadway, Suite 1605
>St. Louis, MO 63102

The telephone numbers, facsimile numbers, and email addresses will remain the same.

**Respectfully submitted,**

**THE CAGLE LAW FIRM**

By: */s/ Zane T. Cagle*
**Zane T. Cagle, IL #6381680; Fed. #499604**
500 North Broadway, Suite 1605
Saint Louis, Missouri 63102
Phone: (314) 241-1700
Fax: (314) 241-1738
E-Mail: zane@caglellc.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify on this 13th day of May, 2014, the foregoing was filed electronically with the Clerk of the Court for the Southern District of Illinois to be served by operation of the Court's electronic filing system to the attorneys of record.

**Respectfully submitted,**

**THE CAGLE LAW FIRM**

By: */s/ Zane T. Cagle*
**Zane T. Cagle, IL #6381680; Fed. #499604**
500 North Broadway, Suite 1605
Saint Louis, Missouri 63102
Phone: (314) 241-1700
Fax: (314) 241-1738
E-Mail: zane@caglellc.com
*Attorneys for Plaintiff*