UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER, | ) |
| Plaintiff, | ) Civil Action No. 3:13-cv-1327-SCW |
| vs. | ) |
| ATLAS COPCO COMPRESSORS LLC., et al., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

COMES NOW, Plaintiff, Charles Neureuther, by and through his counsel of record, and Defendant, Atlas Copco Compressors LLC, by and through its counsel of record, and hereby moves the Court for dismissal of Defendant Atlas Copco Compressors LLC without prejudice, in the above cause of action under Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, the Parties request this Court to enter an order dismissing Defendant Atlas Copco Compressors LLC, without prejudice, from this cause of action.

Respectfully submitted:

VINSON LAW                                JOHNSON & BELL, LTD.

/s/ Ben A. Vinson, Jr.                    /s/ Amy R. Hansen
Ben A. Vinson, Jr.                        Robert Spitkovsky, Jr.
4230 S. MacDill Avenue                    Amy R. Hansen
Suite 203                                 33 West Monroe Street, Suite 2700
Tampa, Florida 33611                      Chicago, Illinois 60603
PH: (813) 839-5708                        (PH) 312-372-0770
FX: (813) 839-2866                        (PH) 312-372-9818

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/CM/ECF system which also sent notification of such filing to the service list via electronic notification to all participants.

/s/ Amy R. Hansen