IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES NEUREUTHER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:13-1327-SCW |
| | ) | |
| AIR & LIQUID SYSTEMS CORP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS

COMES NOW, Plaintiff, Charles Neureuther, by and through his counsel of record, and Defendant, Pneumo Abex LLC, by and through its counsel of record, and hereby moves the Court for dismissal of Defendant Pneumo Abex LLC without prejudice, in the above cause of action under Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, the Parties request this Court to enter an order dismissing Defendant Pneumo Abex LLC, without prejudice, from this cause of action

Respectfully submitted:

VINSON LAW

WILLIAMS VENKER & SANDERS, LLC

  /s/ Ben A. Vinson, Jr., (with consent)
Ben A. Vinson, Jr.
4230 S. MacDill Ave
Suite 203
Tampa, FL 33611
Ph: 813-839-5708
Fx: 813-839-2866

   /s/ Ross S. Titzer
Thomas L. Orris #6200619
Ross S. Titzer #6295505
100 N. Broadway, 21st Floor
St. Louis, MO 63102
Ph: 314-345-5000
Fx: 314-345-5055

## CERTIFICATE OF SERVICE

I hereby certify that on August 8th, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which also sent notification of such filing to the service list via electronic notification to all participants.

  /s/ Ross S. Titzer