IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER,<br><br>    Plaintiff,<br><br>  vs.<br><br>ATLAS COPCO COMPRESSORS, L.L.C., et al.,<br><br>    Defendants. | Case No. 13-cv-01327-SMY-DGW |

## ORDER

Upon Joint Motion to Dismiss by Plaintiff, Charles Neureuther, and Defendant, Gardner Denver, Inc. (Doc. 229), and the Court being fully advised, the Joint Motion to Dismiss Defendant, Gardner Denver, Inc., is hereby **GRANTED**. Gardner Denver, Inc. is hereby dismissed from this action without prejudice.

**IT IS SO ORDERED.**

**DATED:** October 23, 2014

s/ **Staci M. Yandle**
**STACI M. YANDLE**
**DISTRICT JUDGE**
