IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. as alleged successor to COPES-VULCAN, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　Case No. 3:13:CV-01327-SMY-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

COMES NOW, Plaintiff Charles Neureuther, by and through his counsel of record, and Defendant Electrolux Home Products, Inc. as alleged successor to Copes-Vulcan, by and through its counsel of record, and hereby move this Court for Dismissal of all claims and causes of action of Plaintiff Charles Neureuther against Defendant Electrolux Home Products, Inc. as alleged successor to Copes-Vulcan, without prejudice, in the above cause of action under Federal Rule of Civil Procedure 41(a) with each party to bear their own costs.

WHEREFORE, the Parties jointly request this Court to enter an Order dismissing Defendant, Electrolux Home Products, Inc. as alleged successor to Copes-Vulcan, without prejudice, as a party in this cause of action with each party to bear their own costs.

| VINSON LAW | HINSHAW & CULBERTSON LLP |
|---|---|
| By _s/Ben A. Vinson, Jr. (with consent) | By _s/Dennis J. Graber_ |
| 　Ben A. Vinson Jr.  FL#95227 | 　Dennis J. Graber   #06187560 |
| 　4230 S. MacDill Ave. Ste. 203 | 　521 W. Main, Suite 300 |
| 　Tampa, Florida 33611 | 　Belleville, Illinois 62222 |
| 　(813) 839-5708 telephone | 　(618) 277-2400 telephone |
| 　(813) 839-2866 faxsimile | 　(618) 277-1144 faxsimile |
| 　ben@vinsonlawoffice.com | 　dgraber@hinshawlaw.com |
| 　Attorney for Plaintiff | 　Attorney for Defendant |

10882431v1 0953262

## **PROOF OF SERVICE**

I hereby certify under penalties as provided under 28 U.S.C. Sec. 1746 that on November 17th, 2014, I electronically filed the foregoing with the United States District Court for the Southern District of Illinois using the CM/ECF System which will serve such filing(s) upon the following:

All known counsel of record.

s/ Dennis J. Graber
DENNIS J. GRABER

10882431v1 0953262