# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES NEUREUTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-1327-SMY-SCW |
| ) | |
| ATLAS COPCO COMPRESSORS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Charles Neureuther and Defendant Owens-Illinois, Inc. submit this stipulation of dismissal of all claims, crossclaims, and counterclaims, which were or could have been alleged, against Defendant Owens-Illinois, Inc. and with each party to bear its own costs.

Respectfully submitted,                    Dated:  December 3, 2014

Ben A. Vinson, Jr.
(agreed on December 2, 2014)              /s/ Brian O. Watson
Ben A. Vinson, Jr.                         Edward Casmere
Vinson Law                                 Brian O. Watson
4230 S. MacDill Ave. Ste. 201              Schiff Hardin LLP
Tampa, FL  33611                           233 S. Wacker Dr. Suite 6600
(813) 839-5708                             Chicago, Illinois  60606
(813) 831-5043 (facsimile)                 (312) 258-5500
                                           (312) 258-5600 (facsimile)

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
                                           *Owens-Illinois, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies on December 3, 2014, these papers were filed with the Clerk of the Court for the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/  Brian O. Watson
Brian O. Watson