IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES NEUREUTHER,

      Plaintiff,

    vs.

ATLAS COPCO COMPRESSORS, L.L.C.,
et al.,

      Defendants.

Case No. 13-cv-01327-SMY-DGW

## ORDER

Upon Stipulation of Dismissal by Plaintiff, Charles Neureuther, and Defendant, Owens-Illinois, Inc. (Doc. 237), agreed by both parties and the Court being fully advised, Defendant Owens-Illinois, Inc. is hereby dismissed from this action without prejudice, each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED:** January 5, 2015

s/ **Staci M. Yandle**
**STACI M. YANDLE**
**DISTRICT JUDGE**