IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES NEUREUTHER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -v- | )   Case No.   13-cv-1327-SMY-SCW |
| | ) |
| **JOHN CRANE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### MINUTES OF FINAL PRE TRIAL CONFERENCE

**PRESIDING: Hon. Staci M. Yandle, US District Judge**

**DATE:** September 2, 2015             **PLACE:**   Benton, Illinois

**COURT REPORTER:** Stephanie Rennegarbe

**COURTROOM DEPUTY:** Kailyn Kramer

**COUNSEL FOR PLAINTIFF:**   Ben A. Vinson, Jr. & John Sloan

**COUNSEL FOR DEFENDANT:**   Sean P. Fergus & Daniel Griffin for John Crane, Inc.

             **TIME:** 2 hours and 15 minutes

---

All parties noted are present in open Court.  This matter is called on a Final Pre Trial Conference.   Jury Trial is set for 9/21/2015 at 9:00 AM.

Motion to Continue Trial Date at Document [382] is DENIED.   Jury Trial remains set for 9/21/2015 at 9:00 AM.

The Court discusses matters relating to the Jury Trial procedures of this Court.   The Court requests Counsel be present by 8:30 AM the first day of Trial.

Motion for leave to File Amended Page and Line Designations for Dr. Michael Berry filed by John Crane, Inc. at Doc [385] is GRANTED.

Motion To Apply Florida Law filed by John Crane, Inc. at Doc [384] is DENIED.

Defendant requests a bifurcation of the Trial to separate punitive damages. This request is DENIED.

The parties are ORDERED to confer on objections to disclosures and file any supplemental objections by September 9, 2015. Any responses thereto should be filed on September 14, 2015. The Court will set a telephonic hearing to rule on objections, if necessary.

The parties are ORDERED to categorize the voluminous exhibit list as to simplify the identification of any objections there may be. This should be completed by September 4, 2015.

The Court rules on the Motions in Limine filed by John Crane, Inc. at Document [357] accordingly:

- The following Motions in Limine are GRANTED – 1, 2, 4, 6-10, 12, 13, 15, 19, 21, 22, 25 & 29

- The following Motions Limine are DENIED – 3, 5, 11, 14, 16, 18, 23, 28, 30 & 31

- The following Motions in Limine are WITHDRAWN by Defendant – 17, 20, 24, 26 & 27

- In regard to the GRANTED Motion in Limine #12:

    o Motion in Limine filed in paragraphs 1, 21 & 23 of Document 362-1 are withdrawn.
    o Motion in Limine filed in paragraph 22 of Document 362-1 is DENIED.
    o Motion in Limine filed at Document 362-3 is withdrawn.

A formal Order will issue on this Court's rulings.